# Court of Appeals
# of the State of Georgia

ATLANTA, May 04, 2020

*The Court of Appeals hereby passes the following order:*

## A20A1737.   MARCUS TUMLINSON v. DARYL DIX, IN HIS OFFICIAL CAPACITY AS SHERIFF OF SPALDING COUNTY, GEORGIA.

Marcus Tumlinson appeals from the trial court's order dismissing his petition for a writ of habeas corpus. Although Tumlinson filed his appeal in this Court, he has moved to transfer the appeal to the Georgia Supreme Court.

Under our Constitution, the Supreme Court has exclusive appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4). Tumlinson's motion to transfer is GRANTED, and this appeal is therefore TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* 05/04/2020
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*